SPENCER FANE LLP
Anelisa Benavides (No. 036446)
2415 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
Telephone: 602-333-5464
abenavides@spencerfane.com

Attorneys for Defendants
Sallie Mae Bank & SLM Corporation

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD L. INGALLS,<br><br>    Debtor.<br> | Bankr. Case No.: 2:21-bk-05516-MCW<br><br>Chapter 7 |
| EDWARD L. INGALLS,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary, U.S. Department of Education, NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC, NAVIENT FEDERAL LOAN TRUST, DEUTSCHE BANK ELT NAVIENT & SLM TRUSTS, SLM CORPORATION, SALLIE MAE BANK & SALLIE MAE EDUCATIONAL TRUST, and NATIONAL STUDENT LOAN PROGRAM,<br><br>    Defendants. | Adv. Proc. No. 2:21-ap-00264-MCW<br><br>**DEFENDANTS SALLIE MAE BANK'S & SLM CORPORATION'S MOTION TO DISMISS** |

Defendants Sallie Mae Bank ("SMB") and SLM Corporation ("SLM Corp.") (collectively "Movants")[1], by and through their undersigned counsel, hereby move to

---

[1] Movants appear to be erroneously identified in Debtor's Complaint as "SLM Trusts, SLM Corporation, Sallie Mae Bank & Sallie Mae Educational Trust."

dismiss SMB and SLM Corp. from this case based on lack of subject-matter jurisdiction, or alternatively, Federal Rule of Civil Procedure 21, because Movants are not owners, holders, or servicers of Plaintiff's student loans that are the subject of this action. This Motion is supported by the following Memorandum of Points and Authorities and the Court's record in this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On or about October 21, 2021, Plaintiff filed his Complaint to Determine Dischargeability of Student Loans (the "Complaint") (Doc. 1).

2. In his Complaint, Plaintiff seeks to discharge seven student loans (the "Loans") (*See* Doc. 1 at pgs. 14-20).

3. On or about November 19, 2021, Movants filed their General Denial to Plaintiff's Complaint (Doc.10).

4. Movants have reviewed their business records and concluded that: (i) SLM Corp. does not own or service student loans; and (ii) while SMB does own and service student loans, Plaintiff is not a customer of SMB, and SMB does not hold or service any of the Loans issued to or co-signed by Plaintiff. (Declaration of Joellen McCauley attached as Exhibit 1, ¶¶ 2-3).

## LEGAL STANDARD

**A.   FRCP 12(b)(1)**

Plaintiff has the burden of establishing jurisdiction over Movants in the case at hand. See *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). Federal Rule of Civil Procedure 12(b)(1) provides for dismissal of an action for "lack of subject matter jurisdiction." See FED. R. CIV. P. 12(b)(1). A Rule 12(b)(1) motion can challenge the sufficiency of the pleadings to establish jurisdiction (facial attack), or a lack of any factual support for subject matter jurisdiction despite the pleading's

sufficiency (factual attack). See *Safe Air for Everyone v. Meyer,* 373 F.3d 1035, 1039 (9th Cir. 2004). For a facial attack, all allegations are accepted as true. *Id.* For a factual attack, evidence outside the pleadings needed to resolve factual disputes as to jurisdiction may be considered. See *Assoc. of Am. Med. Coll. v. United States*, 217 F.3d 770, 778 (9th Cir. 2000).

**B.   FRCP 21**

Federal Rule of Civil Procedure 21 provides that a court may add or drop a party, on motion or on its own, "when doing so would serve the ends of justice and further the prompt and efficient disposition of the litigation." *In re Grabis*, No. 13-10669-JLG, 2018 WL 1508754, at *5 (Bankr. S.D.N.Y. Mar. 26, 2018) (internal citations omitted).

## ARGUMENT

Movants are not proper parties to this proceeding, which concerns the alleged dischargeability of various Loans obtained and owed by Plaintiff. Movants have no direct or indirect ownership interest in the Loans for which Plaintiff is seeking a determination of dischargeability. (*See* Exhibit 1, ¶¶ 2-3). As such, Movants have no claim against Plaintiff, and Plaintiff owes nothing to Movants under any of the Loans that are the subject of this suit. Further, because SMB does not hold any of Plaintiff's Loans, this Court lacks subject-matter jurisdiction to provide Plaintiff any relief under 11 U.S.C. § 523(a)(8). *See Pistor v. Garcia*, 791 F.3d 1104, 1110 (9th Cir. 2015) (citing *Reed Elsevier, Inc. v. Muchnick*, 559 U.S. 154, 161 (2010)).

Alternatively, this Court may dismiss Movants as improper parties pursuant to Fed. R. Civ. Proc. 21. Where it appears that an entity has no interest in the matter and has been erroneously named in a suit, it is just and efficient to dismiss that party from the proceeding. *See In re Shank*, No. 05-73943-FJS, 2008 WL 3166492, at *2 (Bankr. E.D. Va. Aug. 5, 2008). Numerous courts routinely dismiss similar claims against student

- 3 -

loan servicers and other non-creditors under Rule 21, as made applicable here by Fed. R. Bankr. P. 7012 and 7021.  See, e.g. *In re Grabis*, Nos. 12-10669-JLG, 15-01420-JLG, 2018 WL 1508754, 2018 Bankr. LEXIS 888, at *15 – 17 (Bankr. S.D.N.Y. Mar. 26, 2018) ("DOE is not a creditor of the Debtor and does not own any of the student loans at issue in this adversary proceeding, it has no connection to the relief the Debtor is seeking under section 523(a)(8), and as such, is not a proper party to that claim for relief.").  The present circumstances warrant the same result.

## **PRAYER**

Based on the foregoing, Defendants Sallie Mae Bank and SLM Corporation respectfully request that they be dismissed from this action.

DATED this 4th day of February, 2022.

Respectfully submitted,

By: */s/ Anelisa Benavides*
Anelisa Benavides (# 036446)
SPENCER FANE LLP
2415 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5464
Facsimile: (602) 333-5431
Email: abenavides@spencerfane.com

Attorneys for Defendants Sallie Mae Bank & SLM Corporation

- 4 -

DN 6459743.3

# CERTIFICATE OF SERVICE

I hereby certify that on February 4th, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

**Edward L. Ingalls**
5952 West Gail Drive
Chandler, AZ 85226
Edward.l.ingalls@gmail.com
Plaintiff

**Mary K. Farrington-Lorch**
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road
Suite 100
Phoenix, AZ 85018
MaryKFL@farringtonlorchlaw.com
Attorney for Navient Solutions, LLC

**Robert Williams**
GUST ROSENFELD P.L.C.
One East Washington, Suite 1
Phoenix, Arizona 85004-2553
Telephone No. (602) 257-7989
Facsimile No. (602) 254-4878
Email: rwilliams@gustlaw.com
Attorney for Educational Credit Management Corporation


 /s/ Anelisa Benavides